**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Ruben Dario Rodriguez Martinez

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Pamela Bondi, Ryan Shea

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00354-NEB-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

   b. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to his release. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return and release Petitioner in Minnesota;

   c. ORDERS that Respondents must **immediately release** Petitioner from custody in Minnesota subject to the conditions of his August 27, 2023 Order of Release on Recognizance; and

d. ORDERS that, within **two days**, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 1/20/2026

KATE M. FOGARTY, CLERK